1206

Certiorari denied.

No. 91–1739. GROUND ET AL. v. BARLOW. C. A. 9th Cir. Certiorari denied.

No. 91–1745. ELKS NATIONAL FOUNDATION ET AL. v. WEBER ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1749. TARABISHI v. MCALESTER REGIONAL HOSPITAL, AKA MCALESTER REGIONAL HEALTH CENTER AUTHORITY PUBLIC TRUST STATUS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1750. ALABAMA v. MATTHEWS. Sup. Ct. Ala. Certiorari denied.

No. 91–1751. KARST v. WOODS. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–1752. WOOD v. FREEDMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1755. MURDOCK ET UX., FOR THEMSELVES AND AS PARENTS AND NEXT FRIENDS OF MURDOCK v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–1758. PEREZ v. BMG MUSIC ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1762. REGIONAL CONSTRUCTION CO. ET AL. v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES ET AL. Ct. App. D. C. Certiorari denied.

No. 91–1763. OTTAWAY NEWSPAPERS, INC., DBA ASHLAND PUBLISHING CO., ET AL. v. OSBORNE ET AL. Ct. App. Ky. Certiorari denied.

No. 91–1765. AUSTIN v. BERRYMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1767. DEANDINO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.